# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                 Plaintiff,

         vs.

Jose A. Bernal-Renteria

                             Defendant.

Case No. 16cr214-AJB

**FILED**

JUN 0 7 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

JUDGMENT OF DISMISSAL _Th_

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_    Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

<u>x</u>    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_    the Court has dismissed the case for unnecessary delay; or

\_\_    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or
\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_    the jury has returned its verdict, finding the defendant not guilty;

<u>x</u>    of the offense(s) as charged in the Information:

     <u>21:952,960</u>

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 6/7/2016

Hon. Jan M. Adler
United States  Magistrate Judge